### 16498.   CLAY *v.* THE STATE.

Bloodworth, J.   1. Under the facts of this case the court did not err, in the absence of a timely and legal written request therefor, either in failing to charge the jury "the law relating to circumstantial evidence" or "in failing to charge the law of alibi."

2. The evidence was sufficient to support the verdict.

   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

     Decided June 20, 1925.

Conviction of making liquor; from Hancock superior court—Judge Park. April 15, 1925.

*Sam H. Wiley, John C. Lewis,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.